UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BRYAN DALE HYDER,<br><br>　　　　　　Defendant. | CR. 09-50108-01-JLV<br><br>ORDER TERMINATING SUPERVISED RELEASE |

Pursuant to the request for early termination of supervised release, it is

ORDERED that defendant is discharged from supervised release and the proceedings in this case are terminated.

Dated July 22, 2015.

　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　/s/ *Jeffrey L. Viken*
　　　　　　　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　　　　　　　CHIEF JUDGE